IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BRYCE FRANKLIN,**

    Petitioner,

vs.                                                No. CIV-19-450 JB/KRS

**DWAYNE SANTISTEVEN, Warden, and
the ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,**

    Respondents.

## ORDER

**THIS MATTER** comes before the Court on *Respondents' Motion for an Extension of Time to Answer Bryce Franklin's Pro Se Petition for Writ of Habeas Corpus [Doc. 1]*, [Doc. 11], filed August 3, 2020.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Motion for an Extension of Time to Answer Robert Saiz's Pro Se Petition for Writ of Habeas Corpus [Doc. 1]*, [Doc. 11], is **GRANTED;**

**IT IS FURTHER ORDERED** that Respondents shall have until September 28, 2020, to file their answer.

_____
UNITED STATES MAGISTRATE JUDGE