IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BRYCE FRANKLIN,**

      Petitioner,

vs.                                                         No. CIV-19-450 MIS/KRS

**DWAYNE SANTISTEVAN, Warden, and
the ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,**

      Respondents.

### ORDER

**THIS MATTER** comes before the Court on *Respondents' Motion For an Extension of Time to Respond to Bryce Franklin's (1) Motion to Appoint Counsel, [Doc. 24], and (2) Objections to the Magistrate Judge's Proposed Findings and Recommended Disposition, [Doc. 25]*, [Doc. 26], filed December 23, 2021.

Having reviewed the motion, the relevant pleadings, and being otherwise fully informed in the premises, the Court determines that the motion is well-taken.

**IT IS, THEREFORE, ORDERED** that *Respondents' Motion For an Extension of Time to Respond to Bryce Franklin's (1) Motion to Appoint Counsel, [Doc. 24], and (2) Objections to the Magistrate Judge's Proposed Findings and Recommended Disposition, [Doc. 25]*, is **GRANTED;**

**IT IS FURTHER ORDERED** that Respondents shall have until Monday, January 10, 2022, to file their answer.

                                                           */s/ Kevin Sweazea*
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE

e-submitted 12/23/2021 by
Jane A. Bernstein